No. 34,044

WILLIAM BIXMAN, *Appellant*, v. BERTHA BIXMAN et al., *Appellees*.

(85 P. 2d 590)

Opinion on post-decision motion filed December 24, 1938.

*Thomas E. Joyce*, of Kansas City, for the appellant.

*Blake A. Williamson, James K. Cubbison* and *Lee Vaughan, Jr.*, all of Kansas City, for the appellees.

The opinion of the court was delivered by

HARVEY, J.: Appellant's motion for rehearing has been considered by the court and is overruled.

Our attention is called specifically to the fact that the attorney

who appeared for appellant in this court did not represent the appellant in the trial court. Since the judgment of the trial court, which we affirmed, rested largely on the opening statement of counsel, we might very well have noted the fact that there had been a change of counsel.